IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

ARON HOOD                           §

VS.                                 §        CIVIL ACTION NO.    1:17-CV-178

ATTORNEY GENERAL, ET AL.            §

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Aron Hood, a prisoner confined at the Federal Correctional Institution in Beaumont,

Texas, proceeding *pro se*, filed this civil action pursuant to *Bivens v. Six Unknown Agents of Federal*

*Bureau of Narcotics*, 403 U.S. 388 (1971), and the Federal Tort Claims Act.

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate

Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court.

The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate

Judge recommending that this civil action be dismissed.

The Court has received and considered the Report and Recommendation of United States

Magistrate Judge filed pursuant to such order, along with the record and the pleadings.   No

objections to the Report and Recommendation of United States Magistrate Judge were filed by the

parties.

<u>ORDER</u>

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge (document no. 15) is **ADOPTED**.  A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

So **ORDERED** and **SIGNED  August 6, 2019.**

_____
Ron Clark, Senior District Judge